1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                           EASTERN DISTRICT OF CALIFORNIA

8

9    DAVID B. SKIPWORTH,                        CASE NO. CV F 12-1099 LJO GSA

10                     Plaintiff,               **ORDER AFTER SETTLEMENT**
            vs.                                 (Doc. 6.)
11
     GENPACT SERVICES, LLC,
12
                       Defendants.
13   _____/

14          Plaintiff's counsel notified this Court that settlement has been reached among all parties.

15   Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than November 2,**

16   **2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause

17   why the action has not been dismissed.

18          This Court VACATES all pending matters and dates, including the October 9, 2012 scheduling

19   conference.

20          Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

21   parties who contributed to violation of this order.   *See* Local Rules160 and 272.   This Court

22   ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil

23   Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems

24   appropriate.

25

26   IT IS SO ORDERED.

27   **Dated:    October 2, 2012**              _____/s/ Lawrence J. O'Neill_____
                                                UNITED STATES DISTRICT JUDGE
28