IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. SKIPWORTH,<br><br>        Plaintiff,<br><br>   v.<br><br>GENPACT SERVICES, LLC,<br><br>        Defendant.<br>_____/ | CASE NO. CV F 12-1099 LJO GSA<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**<br>(Doc. 6.) |

This Court's October 2, 2012 order required the parties, no later than November 2, 2012, to file papers to dismiss this action in its entirety, or to show good cause why the action has not been dismissed. The parties have failed to comply with the October 2, 2012 order. As such, this Court ORDERS the parties, no later than November 15, 2012, to file papers to show cause why sanctions, including dismissal with or without prejudice, should not be imposed upon the parties and/or their counsel for failure to dismiss timely this action. This Court will discharge this order to show cause if, no later than November 15, 2012, the parties dismiss this action in its entirety.

IT IS SO ORDERED.

**Dated:   November 5, 2012**             /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE