# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. SKIPWORTH, | CASE NO. CV F 12-1099 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Docs. 7,8.) |
| GENPACT SERVICES, LLC, | |
| Defendants. / | |

The parties counsel continue to disobey this Court's October 2, 2012 order to dismiss this action and November 6, 2012 order to show cause. Given the inattention of the parties' counsel to this action and this Court's orders, this Court DISMISSES this action without prejudice and DIRECTS the clerk to close this action. This Court will entertain no further matters in this action.

IT IS SO ORDERED.

**Dated:   November 16, 2012**                    **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE

1